# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

SHABIB SIDDIQI,
on behalf of plaintiff and a class,

V.

DYNAMIC RECOVERY SOLUTIONS, LLC;
and PINNACLE CREDIT SERVICES, LLC,

CASE NUMBER: 17-cv-6126

ASSIGNED JUDGE: Honorable Robert M. Dow, Jr.

DESIGNATED
MAGISTRATE JUDGE: Honorable Mary M. Rowland

TO: (Name and address of Defendant)

Dynamic Recovery Solutions, LLC
135 Interstate Boulevard, Suite 6,
Greenville, South Carolina 29615

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
20 South Clark Street, Suite 1500
Chicago, IL 60603-1824
(312) 739-4200

an answer to the complaint which is herewith served upon you, __21__ days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

_(signature)_

(By) DEPUTY CLERK

August 24, 2017

DATE

## AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
District of Illinois

Case Number: 17-CV-6126

Plaintiff/Petitioner:
**SHABIB SIDDIQI**

vs.

Defendant/Respondent:
**DYNAMIC RECOVERY SOLUTIONS, LLC., et al.**

Received by EDELMAN COMBS LATTURNER & GOODWIN, LLC to be served on **Dynamic Recovery Solutions, LLC., 135 Interstate Boulevard, Suite 6, Greenville, SC 29615.**

I, PERRY THOMAS, being duly sworn, depose and say that on the **12th day of September, 2017 at 1:05 pm,** I:

Served the within named with a true copy of the **Summons; and Complaint; First Amended Complaint-Class Action; and Exhibit A** by leaving with Vicki Rochester, Compliance Manager at **135 Interstate Boulevard, Suite 6, Greenville, SC 29615.**

**Description** of Person Served: Age: 55, Sex: F, Race/Skin Color: White, Height: 5'4, Weight: 130, Hair: Blonde, Glasses: N

I am over the age of eighteen, and have no interest in the above action.

Subscribed and Sworn to before me on the ___ day of _____, ____ by the affiant who is personally known to me.

NOTARY PUBLIC

Jack Thomas
SC Notary
Expires 12/22/2026

PERRY THOMAS
Process Server

EDELMAN COMBS LATTURNER & GOODWIN, LLC
20 South Clark Street
Suite 1500
Chicago, IL 60603
(312) 917-4520

Our Job Serial Number: HAT-2017013827
Ref: 34311

Copyright © 1992-2017 Database Services, Inc. - Process Server's Toolbox V7.2d